# HARRIS BEACH <sup>PLLC</sup>
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 11, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>Patricia A. Wager - Case No. 08-32598</u>

Dear Clerk:

    Enclosed please find a check in the amount of $352.03 for the benefit of GE Money Bank, d/b/a Care Credit, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of GE Money Bank, d/b/a Care Credit is c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131.

                                          Sincerely,

                                          HARRIS BEACH PLLC

                                          Lee E. Woodard

LEW/ca
Enc.

RECEIVED

MAR 12 2010

OFFICE OF THE CLERK